FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 8 2011

GREGORY C. LANGHAM
_____ CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00849-BNB

JULIO GUZMAN,

        Applicant,

v.

CHARLES DANIELS, Warden,

        Respondent.

_____

## ORDER TO FILE PRELIMINARY RESPONSE

_____

        As part of the preliminary consideration of the Application for a Writ of Habeas
Corpus Pursuant to 28 U.S.C. § 2241 filed on April 1, 2011, in this case and pursuant to
*Redmon v. Wiley*, 550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has determined
that a limited Preliminary Response is appropriate.  Respondent is directed pursuant to
Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts
to file a Preliminary Response limited to addressing the affirmative defense of
exhaustion of administrative remedies.  If Respondent does not intend to raise this
affirmative defense, Respondent must notify the Court of that decision in the
Preliminary Response.  Respondent may not file a dispositive motion as a Preliminary
Response, or an Answer, or otherwise address the merits of the claims in response to
this Order.

        In support of the Preliminary Response, Respondent should attach as exhibits
copies of any administrative grievances Applicant has filed raising the issues asserted

Case 1:11-cv-00849-WYD   Document 5   Filed 04/08/11   USDC Colorado   Page 2 of 3

in the Application, as well as any responses to those grievances.  Applicant may reply

to the Preliminary Response and provide any information that might be relevant to his

efforts to exhaust administrative remedies.  Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order**

Respondent shall file a Preliminary Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the**

**Preliminary Response** Applicant may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative

defense of exhaustion of administrative remedies, Respondent must notify the Court of

that decision in the Preliminary Response.

DATED April 8, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-00849-BNB

Julio Guzman
Reg. No. 23893056
USP Florence
PO Box 7000
Florence, CO 81226

Charles Daniels, Warden **- CERTIFIED**
USP Florence
PO Box 7500
Florence, CO 81226

United States Attorney General **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Ms. Julie Wands, Warden; to The United States Attorney General; and to the United States Attorney's Office: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 4/1/11 on April 8, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk