IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 2 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00849-BNB

JULIO GUZMAN,

     Applicant,

v.

CHARLES DANIELS, Warden,

     Respondent.

_____

ORDER DRAWING CASE
_____

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate

judge.  **See** D.C.COLO.LCivR 8.2D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED at Denver, Colorado, this 2nd day of May, 2011.

BY THE COURT:


_s/Craig B. Shaffer_____
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00849-BNB

Julio Guzman
Prisoner No.  23893056
USP Florence - High
PO Box 7000
Florence, CO 81226

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on May 2, 2011.

                              GREGORY C. LANGHAM, CLERK

                              By:_____

                                         Deputy Clerk